ACCEPTED
05-15-00230-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/27/2015 8:11:54 AM
LISA MATZ
CLERK

5th Court of Appeals
FILED: 02-27-15
Lisa Matz, Clerk



**DIANA L. FAUST**
Board Certified – Civil Appellate Law
Texas Board of Legal Specialization

214-712-9538
diana.faust@cooperscully.com

February 27, 2015

Ms. Lisa J. Matz, Clerk                                        **VIA EFILE**
Fifth District Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:     **No. 05-15-00230-CV**; *Great American Lloyds Insurance Company, and Mid-Continent Casualty Company, Appellants v. Vines-Herrin Custom Homes, L.L.C., et al., Appellees*, In the Fifth District Court of Appeals, Dallas, Texas, On Appeal from the 44th District Court, Dallas County, Texas, Cause No. DC-03-6903
Our File No.: 596/16147

Dear Ms. Matz:

Pursuant to this Court's instructions, attached is a copy of the Amended Final Judgment signed by the Hon. Carlos Cortez on November 26, 2014, in Cause No. 03-6903, *Vines-Herrin Custom Homes, L.L.C., et al., Plaintiffs v. Great American Lloyds Insurance Company, et al.,* Defendants, in the 44th District Court, Dallas County, Texas.  The Judgment was appealed on February 16, 2015, and efiled with this Court on February 26, 2015.

Thank you for your cooperation in this matter.  If you have any questions, or if you need any additional information, please feel free to give me a call.

Sincerely,

By:  /s/Diana L. Faust
     Diana L. Faust

DLF/lmw
Enclosure
cc:     Mr. Geoffrey S. Harper                               **VIA EFILE**
        harper@fr.com
        Mr. Taj J. Clayton
        clayton@fr.com
        Fish & Richardson, P.C.
        1717 Main Street, Suite 5000
        Dallas, Texas 75201
        Counsel for Appellees

Founders Square   900 Jackson Street, Suite 100 Dallas, TX  75202
Telephone (214) 712-9500    Fax (214) 712-9540
www.cooperscully.com

Houston Office (713) 236-6800          San Francisco Office (415) 956-9700          Sherman Office (903) 813-3900
D/922380v1

CAUSE NO. DC-03-6903

| VINES-HERRIN CUSTOM HOMES, LLC, | § | IN THE DISTRICT COURT OF |
| and HERRIN CUSTOM HOMES, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| and | § | |
| | § | |
| EMIL G. CERULLO | § | |
| | § | |
| Intervenor, | § | |
| | § | DALLAS COUNTY, TEXAS |
| v. | § | |
| | § | |
| GREAT AMERICAN LLOYDS | § | |
| INSURANCE COMPANY AND MID- | § | |
| CONTINENT CASUALTY COMPANY, | § | |
| | § | |
| Defendants. | § | 44th JUDICIAL DISTRICT |

**AMENDED FINAL JUDGMENT**

A bench trial on the above-captioned matter was conducted on May 14-16, 2008 before the 44th Judicial District Court of Dallas County, Texas. The Court heard testimony from witnesses, and received and admitted exhibits into evidence. After evaluating the credibility of the witnesses and weighing the evidence presented by the parties, Vines-Herrin Custom Homes, LLC and Herrin Custom Homes, Inc. (collectively "Vines-Herrin" or "Plaintiffs") and Emil G. Cerullo ("Mr. Cerullo" or "Intervenor"), and Great American Lloyds Insurance Company and Mid-Continent Casualty Company (collectively "the Insurance Companies"), the Court enters the following findings of fact and conclusions of law:

First, the Court finds that the Insurance Companies breached their duty to defend Vines-Herrin against Mr. Cerullo's claims. IT IS THEREFORE ORDERED by the Court that Plaintiffs/Intervenor have and recover damages against the Insurance Companies, jointly and

severally, in the amount of TWENTY-SEVEN THOUSAND DOLLARS ($27,000.00). In addition, Plaintiffs/Intervenor shall have and recover statutory late-payment damages equal to FORTY-ONE THOUSAND TWO HUNDRED TEN DOLLARS AND TWELVE CENTS ($41,210.12), being 18% per annum from May 30, 2006 until the date of this Order on November 21, 2014.

Second, the Court finds that the Insurance Companies breached their duty to indemnify Vines-Herrin for the amount of the arbitration award entered against them as a result of Mr. Cerullo's claims. IT IS THEREFORE ORDERED by the Court that Plaintiffs/Intervenor have and recover damages from the Insurance Companies, jointly and severally, in the amount of TWO-MILLION FOUR-HUNDRED EIGHTY-SEVEN THOUSAND FIVE-HUNDRED SEVEN DOLLARS AND SEVENTY-SEVEN CENTS ($2,487,507.77), plus interest in the amount of ONE MILLION FIFTY-FOUR THOUSAND SIX HUNDREND THIRTY-FOUR DOLLARS AND THIRTY-SIX CENTS ($1,054,634.36) accrued from May 30, 2006 to the date of this Order on November 21, 2014.

Third, the Court finds that Plaintiffs/Intervenor were successful in prosecuting their breach of contract claim against the Insurance Companies and are therefore entitled to recover the reasonable and necessary attorneys fees incurred in prosecuting their breach of contract claim. IT IS THEREFORE ORDERED by the Court that Plaintiffs/Intervenor have and recover damages from the Insurance Companies, jointly and severally, in the amount of SIX-HUNDRED FOUR THOUSAND SEVEN-HUNDRED FORTY-THREE DOLLARS AND TWO CENTS ($604,743.02) as reasonable and necessary fees, as well as an additional FOURTEEN THOUSAND ONE-HUNDRED EIGHTY-SIX DOLLARS AND SEVENTY-SIX CENTS

($14,186.76) as reasonable and necessary costs incurred in connection with prosecuting the claim for breach of contract.

Finally, IT IS ORDERED that the amounts awarded in this judgment shall accrue post-judgment interest at a rate of 5% per annum until paid in full.

**THIS FINAL JUDGMENT DISPOSES OF ALL PARTIES AND CLAIMS IN THIS MATTER, AND IS APPEALABLE. ALL RELIEF NOT SPECIFICALLY GRANTED HEREIN IS DENIED.**

SIGNED THIS 26 DAY OF NOVEMBER, 2014.

THE HONORABLE CARLOS CORTEZ
44th JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS